Ricky Lee **GARRETT**, Appellant,

v.

**STATE** of Missouri, Respondent.

No. WD 37721.

Missouri Court of Appeals, Western District.

July 1, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 1986.

Application to Transfer Denied Sept. 16, 1986.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

Carrie Francke, Asst. Atty. Gen., Jefferson City, for respondent.

Before NUGENT, P.J., and BERREY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 motion for post-conviction relief.

Affirmed. Rule 84.16(b).